# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. __24-1625__     Caption: Knockout Holdings, LLC v. Arvinder Kakar

__Appellant__

(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed Appendix Volumes II - III and Opening Brief of Appellant - Under Seal

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:
   Loc. Cir. R. 25 requires appendix volumes reproducing Documents under seal in the lower court remain under seal. 9.5.2023 DE21 Order, 3.4.2024 DE69 Order; 6.25.2024 DE131 Order Granting Motions Seal and 9.14.2023 DE26 Stipulated Protective Order for JA and Brief of Appellant - Under Seal

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

__10/10/24__                                        /s/ Christopher L. Bauer
(date)                                                             (signature)

02/05/2014 SCC