FILED: November 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1625
(1:23-cv-00944-CMH-WEF)
_____

KNOCKOUT HOLDINGS, LLC, f/k/a Octo Platform Equity Holdings, LLC

      Plaintiff - Appellant

v.

ARVINDER KAKAR

      Defendant - Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file attachment to the brief of appellee, the court grants the motion and accepts the attachment for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk